IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                      No. CIV S-09-2559 MCE DAD

    vs.

SUEDE BLUE, INC.,

    Defendant.               ORDER

/

       This matter came before the court on January 22, 2010, for hearing on plaintiff's motion for default judgment. (Doc. No. 10.) Attorney Scott N. Johnson appeared on his own behalf. No appearance was made on behalf of the defendants. After discussion regarding the merits of the motion at the hearing, plaintiff withdrew the motion on the record, thereby resolving the pending motion.[1]

       IT IS SO ORDERED.

DATED: January 28, 2010.

Ddad1\orders.civil\johnson2559.oah.012210.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that later that day, following the hearing, plaintiff filed a Notice of Dismissal Without Prejudice (Doc. No. 11), pursuant to which this action was dismissed and the case closed.